B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Angelo & Maxie's, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-1283681** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**233 Park Avenue South**<br>**New York, NY**<br>ZIP Code **10003** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Check one box: **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Angelo & Maxie's, LLC |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>    Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Angelo & Maxie's, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Robert L. Rattet**
Signature of Attorney for Debtor(s)

**Robert L. Rattet**
Printed Name of Attorney for Debtor(s)

**Rattet Pasternak, LLP**
Firm Name

**550 Mamaroneck Avenue
Suite 510
Harrison, NY 10528**
Address

**(914) 381-7400  Fax: (914) 381-7406**
Telephone Number

**March 14, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Reed Goldstein**
Signature of Authorized Individual

**Reed Goldstein**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**March 14, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## LIMITED LIABILITY COMPANY RESOLUTION

The undersigned, Reed Goldstein the Managing Member of Angelo & Maxie's LLC, a limited liability company organized under the laws of the State of New York (the "Company"), does hereby certify that at a duly called meeting of the Board of Directors held on the 14th of March 2011, the following resolutions were adopted, and they have not been modified or rescinded, and are still in full force and effect:

"RESOLVED, that in the judgment of the Company, it is desirable and in the best interests of the Company, that its officers be empowered to cause a petition under Chapter 11 of the Bankruptcy Code to be filed by the Company upon such date, and in the event, in their discretion, such action should become necessary for the protection of the Company and the preservation of its assets without further notice to the officers of the Company; and it is further

RESOLVED, that the Officers of the Company, or any of them, be and they hereby are authorized on behalf of the Company to execute and file all petitions, schedules, lists and other papers and to take any and all action which they may deem necessary or proper in connection with such proceedings under Chapter 11, and in that connection to retain and employ Rattet Pasternak, LLP, and to retain and employ all assistance by other legal counsel or otherwise which they may deem necessary or proper with a view to the successful conclusion of such reorganization case."

**IN WITNESS WHEREOF,** I have hereunto set my hand, this 14th day of March, 2011.

ANGELO & MAXIE'S LLC

By: _/s/ Reed Goldstein_
Reed Goldstein, Managing Member

Sworn To Before Me This
14th day of March 2011

_/s/ Robert L. Rattet_

NOTARY PUBLIC

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re  **Angelo & Maxie's, LLC**                                      Case No. _____
                                              Debtor(s)               Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 225 Fourth LLC c/o Orda Management Corp. 225 Park Avenue South New York, NY 10003 | 225 Fourth LLC c/o Orda Management Corp. 225 Park Avenue South New York, NY 10003 | | Disputed | 265,981.80 |
| Green Tree Packing, Inc. 65 Central Avenue P.O. Box 386 Passaic, NJ 07055 | Green Tree Packing, Inc. 65 Central Avenue P.O. Box 386 Passaic, NJ 07055 | | | 120,764.94 |
| Buckhead Beef Company P.O. Box 6988 Attn: Accounts Receivable Dept Edison, NJ 08818 | Buckhead Beef Company P.O. Box 6988 Attn: Accounts Receivable Dept Edison, NJ 08818 | | | 103,130.37 |
| Forest Hills Produce 1336 84th Street Brooklyn, NY 11228 | Forest Hills Produce 1336 84th Street Brooklyn, NY 11228 | | | 99,487.05 |
| North East Linen Supply 2400 East Liden Avenue Linden, NJ 07036-1100 | North East Linen Supply 2400 East Liden Avenue Linden, NJ 07036-1100 | | | 44,619.93 |
| M.Slavin & Son's 800 Food Center Drive Unit #66 Bronx, NY 10474 | M.Slavin & Son's 800 Food Center Drive Unit #66 Bronx, NY 10474 | | | 27,332.19 |
| SYSCO Food Service 20 Theodore Conrad Drive Jersey City, NJ 07305-4614 | SYSCO Food Service 20 Theodore Conrad Drive Jersey City, NJ 07305-4614 | | | 21,590.87 |
| NYS Dept of Tax & Finance Metropolitan District 55 Hanson Place Brooklyn, NY | NYS Dept of Tax & Finance Metropolitan District 55 Hanson Place Brooklyn, NY | | | 20,000.00 |
| Sam Tell & Son, Inc. 300 Smith Street Farmingdale, NY 11735 | Sam Tell & Son, Inc. 300 Smith Street Farmingdale, NY 11735 | | | 19,796.44 |
| Bruces Bakery 34 Middle Neck Road Great Neck, NY 11021 | Bruces Bakery 34 Middle Neck Road Great Neck, NY 11021 | | | 18,411.95 |

B4 (Official Form 4) (12/07) - Cont.

In re  Angelo & Maxie's, LLC  
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express<br>P.O. Box 1270<br>Newark, NJ 07101 | American Express<br>P.O. Box 1270<br>Newark, NJ 07101 | | | 11,773.22 |
| Seamless web<br>232 Madison Avenue, Suite 1409<br>New York, NY 10016 | Seamless web<br>232 Madison Avenue, Suite 1409<br>New York, NY 10016 | | | 11,419.59 |
| Accountemps<br>12400 Collections Center Drive<br>Chicago, IL 60693 | Accountemps<br>12400 Collections Center Drive<br>Chicago, IL 60693 | | | 10,872.00 |
| Borax Paper Products, Inc.<br>P.O. Box 27712<br>New York, NY 10087-7712 | Borax Paper Products, Inc.<br>P.O. Box 27712<br>New York, NY 10087-7712 | | | 10,583.00 |
| LeClairRyan<br>P.O Box 2499<br>Richmond, VA 23218-2499 | LeClairRyan<br>P.O Box 2499<br>Richmond, VA 23218-2499 | | | 8,554.24 |
| Swede Farm<br>480 Alfred Avenue<br>Teaneck, NJ 07666 | Swede Farm<br>480 Alfred Avenue<br>Teaneck, NJ 07666 | | | 7,739.45 |
| I. Halper Paper & Supplies<br>P.O. Box 445<br>95 Freeway Drive<br>West Orange, NJ | I. Halper Paper & Supplies<br>P.O. Box 445<br>95 Freeway Drive<br>West Orange, NJ | | | 7,516.84 |
| Mivila Foods<br>226 Getty Avenue<br>Paterson, NJ 07503 | Mivila Foods<br>226 Getty Avenue<br>Paterson, NJ 07503 | | | 7,360.83 |
| Southern Wine & Spirits of NY<br>345 Underhill Blvd.<br>P.O. Box 9034<br>Syosset, NY 11791 | Southern Wine & Spirits of NY<br>345 Underhill Blvd.<br>P.O. Box 9034<br>Syosset, NY 11791 | | | 6,845.00 |
| Capital One Credit<br>Remittance Processing Center<br>P.O. Box 70885<br>Charlotte, NC 28272-0885 | Capital One Credit<br>Remittance Processing Center<br>P.O. Box 70885<br>Charlotte, NC 28272-0885 | | | 6,653.80 |

B4 (Official Form 4) (12/07) - Cont.

In re: **Angelo & Maxie's, LLC**
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **March 14, 2011**        Signature   **/s/ Reed Goldstein**
                                            **Reed Goldstein**
                                            **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re    **Angelo & Maxie's, LLC**                          Case No.       
                                                                               Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 14, 2011**            **/s/ Reed Goldstein**
                                                         **Reed Goldstein/Managing Member**
                                                         Signer/Title

225 FOURTH LLC
C/O ORDA MANAGEMENT CORP.
225 PARK AVENUE SOUTH
NEW YORK, NY 10003


A&L CESSPOOL SERVICE CORP.
38-40 REVIEW AVENUE
LONG ISLAND CITY, NY 11101


ACCOUNTEMPS
12400 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


ADP, INC.
P.O. BOX 9001006
LOUISVILLE, KY 40290-1006


AFI FOOD SVS DISTRIBUTORS
1 IKEA DRIVE
ELIZABETH, NJ 07207


AMERICAN EXPRESS
P.O. BOX 1270
NEWARK, NJ 07101


AMERICAN EXPRESS FEES


ANHEUSER BUSCH
550 FOOD CENTER DRIVE
BRONX, NY 10474


BEEHIVE BEER DISTRIBUTORS
37-88 REVIEW AVENUE
LONG ISLAND CITY, NY


BORAX PAPER PRODUCTS, INC.
P.O. BOX 27712
NEW YORK, NY 10087-7712


BRUCES BAKERY
34 MIDDLE NECK ROAD
GREAT NECK, NY 11021

BUCKHEAD BEEF COMPANY
P.O. BOX 6988
ATTN: ACCOUNTS RECEIVABLE DEPT
EDISON, NJ 08818


CAPITAL ONE CREDIT
REMITTANCE PROCESSING CENTER
P.O. BOX 70885
CHARLOTTE, NC 28272-0885


CHEIF FIRE PREVENTION
10 WEST BROAD STREET
2ND FLOOR
MOUNT VERNON, NY 10552


CINTAS LOC
790 PERMIT
P.O. BOX 630803
CINCINNATI, OH 45263-0803


CLEAR CHANNEL BROADCASTING CO.
5080 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


COMMISSIONER OF TAX & FINANCE
NYS ASSESSMENT RECEIVABLES
P.O. BOX 4127
BINGHAMTON, NY


DI PALO FINE FOODS, INC.
200 GRAND STREET
NEW YORK, NY 10013


EMPIRE MERCHANTS, LLC
16 BRIDGEWATER STREET
BROOKLYN, NY 11222


FEATHERSTONE FOODS, INC.
59-33 55TH STREET
MASPETH, NY 11378-3103


FOREST HILLS PRODUCE
1336 84TH STREET
BROOKLYN, NY 11228

GENERAL CIGAR CO., INC.
2105 ALUMINUM AVENUE
HAMPTON, VA 23661


GREEN TREE PACKING, INC.
65 CENTRAL AVENUE
P.O. BOX 386
PASSAIC, NJ 07055


GREENBERG TRAURIG
200 PARK AVENUE
P.O. BOX 677
FLORHAM PARK, NJ 07932-0677


HAMARUS
36-09 VERNON BLVD
ASTORIA, NY 11106


HIP HEALTH INSURANCE PLAN
OF GREATER NEW YORK
P.O. BOX 9329
NEW YORK, NY 10087-9329


I. HALPER PAPER & SUPPLIES
P.O. BOX 445
95 FREEWAY DRIVE
WEST ORANGE, NJ


INK KEEPERS CORP.
11-52 44TH DRIVE
LONG ISLAND CITY, NY 11101


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


JACKSON LEWIS
P.O. BOX 416019
BOSTON, MA 02241-6019


JEFFREY LEHMANN
579 W. ENGLEWOOD AVENUE
TEANECK, NJ 07666

JL TECHNICAL INSTALLATION
189-32 37TH AVE
AUBURNDALE, NY 11358


KITCHEN REPAIR SPECIALIST
1005 CHURCH STREET
BALDWIN, NY 11510


LECLAIRRYAN
P.O BOX 2499
RICHMOND, VA 23218-2499


LONDON MEAT CO., INC.
56 LITTLE WEST 12TH STREET
NEW YORK, NY 10014


LUCKY'S REAL TOMATOES
29 MESEROLE AVENUE
BROOKLYN, NY 11222-2607


M.SLAVIN & SON'S
800 FOOD CENTER DRIVE UNIT #66
BRONX, NY 10474


MAGIC SEASONING BLENDS
P.O BOX 62169
NEW ORLEANS, LA 70162


MANHATTAN BEER DISTRIBUTORS
P.O. BOX 27458
NEW YORK, NY 10087-7458


MITCHEL L. MITCHEL WAST
SERVICES COMPANY
P.O BOX 101
PORT JEFFERSON, NY 11777


MIVILA FOODS
226 GETTY AVENUE
PATERSON, NJ 07503


MOKO D'ORO
5200 WEST SIDE AVE
NORTH BERGEN, NJ 07047

MORE THAN GOURMET, INC.
P.O BOX 74914
CLEVELAND, OH 44194-4914


NORTH EAST LINEN SUPPLY
2400 EAST LIDEN AVENUE
LINDEN, NJ 07036-1100


NORTH FORK BANK
A DIVISION OF CAPITAL ONE NA
275 BROAD HOLLOW ROAD
MELVILLE, NY 11747


NUCO2, INC.
P.O BOX 9011
STUART, FL 34995


NYC DEPARTMENT OF FINANCE
COMMERCIAL RENT TAX
P.O. BOX 5150
KINGSTON, NY 12402-5151


NYC DEPT. OF FINANCE
PARKING VIOLATIONS
P.O BOX 2127
NEW YORK, NY


NYS ASSSESSMENT RECEIVABLES
P.O. BOX 4127
BINGHAMTON, NY 13902-4127


NYS DEPARTMENT OF TAX & FINANC
BANKRUPTCY/SPECIAL PROCEDURES
P.O. BOX 5300
ALBANY, NY 12205-0300


NYS DEPT OF FINANCE
345 ADAMS STREET
3RD FLOOR
BROOKLYN, NY 11201


NYS DEPT OF SALES TAX
P.O. BOX 15172
ALBANY, NY 12212-5172

NYS DEPT OF TAX & FINANCE
METROPOLITAN DISTRICT
55 HANSON PLACE
BROOKLYN, NY


NYS DEPT OF TAX & FINANCE
W.H. HARRIMAN CAMPUS
INSOLVENCY DIV., BLDG NO. 8
ALBANY, NY 12227


NYS LIQUOR AUTHORITY
P.O BOX 8000 DEPT 930
BUFFALO, NY 14267


NYS SALES TAX
PROCESSING JAF BUILDING
P.O BOX 1208
NEW YORK, NY 10116


NYS TAX PROCESSING
JAF BUILDING
P.O. BOX 1208
NEW YORK, NY 10116-1208


NYS UNEMPLOYMENT
INSURANCE FUND
P.O. BOX 5300
ALBANY, NY 12201


OFFICE OF THE US TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET, 21ST FLR
NEW YORK, NY 10004


OKEY ENTERPRISES INC. NY
125 MADISON AVENUE SUITE 605
NEW YORK, NY 10016


ORDA MANAGEMENT CORP.
225 PARK AVENUE


PEACE OF MIND PEST CONTROL
142 BAY 44TH STREET
BROOKLYN, NY 11214

PEPSI-COLA BOTTLING CO.
P.O BOX 741076
ATLANTA, GA 30374-1076


PICKLE KING
P.O BOX 2415
PATERSON, NJ 07509


PINTO NOVELTY CO., INC.
2118 AVENUE X
BROOKLYN, NY 11235


QUEENS WINDOW CLEANING
P.O BOX 614
NEW YORK, NY 10150-0614


QUILL
P.O BOX 37600
PHILADELPHIA, PA 19101-0600


SAM TELL & SON, INC.
300 SMITH STREET
FARMINGDALE, NY 11735


SEAMLESS WEB
232 MADISON AVENUE, SUITE 1409
NEW YORK, NY 10016


SOCIALLYBUZZ, INC.
6538 COLLINS AVENUE # 252
MIAMI BEACH, FL 33141


SOUND GARDEN
P.O. BOX 2028
WOODSTOCK, GA 30188


SOUTHERN WINE & SPIRITS OF NY
345 UNDERHILL BLVD.
P.O. BOX 9034
SYOSSET, NY 11791


SWEDE FARM
480 ALFRED AVENUE
TEANECK, NJ 07666

SYSCO FOOD SERVICE
20 THEODORE CONRAD DRIVE
JERSEY CITY, NJ 07305-4614


TIME WARNER CABLE
P.O. BOX 9227
UNIONDALE, NY 11555-9227


UNITED STATES ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT-ROOM 417
NEW YORK, NY 10007


VAL'S OCEAN PACIFIC
SEAFOOD CORP.
624 WORTHEN STREET
BRONX, NY 10474


VERIZON
P.O BOX 15124
ALBANY, NY 12212-5124


VERIZON
P.O BOX 15026
ALBANY, NY 12212-5026


WEATHER WISE CONDITIONING CORP
333 STAGG STREET
BROOKLYN, NY 11206


WINEBOW
P.O. BOX 416636
BOSTON, MA 02241